UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN STEWART,

                Plaintiff,

- against -

THE CITY OF NEW YORK, DETECTIVE YVETTE D. GIBSON (SHIELD # 5786), UC SH. #C0053, SGT. GERALD PAPPAS (SHIELD # 4311), POLICE OFFICER JOHN DOE,

                Defendants.

**ECF CASE**

10 Civ. 1543 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        An initial conference was scheduled in the above-captioned action for May 21, 2010. That conference is adjourned. This Court will hold an initial conference in this matter on **Monday, June 7, 2010 at 10:15 a.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       May 20, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/10