UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN STEWART,

                Plaintiff,

- against -

THE CITY OF NEW YORK, DETECTIVE YVETTE D. GIBSON (SHIELD # 5786), UC SH. #C0053, SGT. GERALD PAPPAS (SHIELD # 4311), POLICE OFFICER JOHN DOE,

                Defendants.

10 Civ. 1543 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

       After consultation with counsel for the parties at the August 3, 2010 status conference, the Court makes the following determinations:

       It is hereby ORDERED that there shall be a status conference in the above-captioned action on October 4, 2010 at 11:00 a.m. in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       August 3, 2010

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/10